# REMOVAL TO FEDERAL COURT

## <u>STATE COURT RECORD</u>

STATE OF INDIANA

Bartholomew Circuit Court

03C01-1904-CT-002268

LENDON THOMAS

v.

MARY L. SANDERSON and
WILEY SANDERS TRUCK LINES, INC.

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Lendon Thomas v. Mary L. Sanderson, Wiley Sanders Truck Lines, Inc.

| Case Number | 03C01-1904-CT-002268 |
| --- | --- |
| Court | Bartholomew Circuit Court |
| Type | CT - Civil Tort |
| Filed | 04/22/2019 |
| Status | 04/22/2019 , Pending  (active) |

## Parties to the Case

Defendant   Sanderson, Mary L.

Address
1385 Finnis Murphree Road
Blountsville, IN 35031

Defendant   Wiley Sanders Truck Lines, Inc.

Address
3105 Pebble Hill Court
Sellersburg, IN 47172

Attorney
Robert R. Foos
*#2088545, Retained*

LEWIS & WAGNER, LLP
501 Indiana Avenue
Suite 200
Indianapolis, IN 46202
317-237-0500(W)

Plaintiff       Thomas, Lendon

Attorney
Scott Andrew Weathers
*#1135549, Lead, Retained*

Isaacs & Isaacs
1601 Business Center Ct
Lousivlle, KY 40299
502-458-1000(W)

Attorney
Caroline Bonnie Clay
*#3500222, Retained*

isaacs & isaacs PSC
1601 Business Center Court
Louisville, KY 40299
502-458-1000(W)

## Chronological Case Summary

| 04/22/2019 | **Case Opened as a New Filing** |
|---|---|

| 04/22/2019 | **Complaint/Equivalent Pleading Filed** |
|---|---|

Complaint

| Filed By: | Thomas, Lendon |
|---|---|
| File Stamp: | 04/22/2019 |

| 04/22/2019 | **Appearance Filed** |
|---|---|

Appearance - Clay

| For Party: | Thomas, Lendon |
|---|---|
| File Stamp: | 04/22/2019 |

| 04/22/2019 | **Appearance Filed** |
|---|---|

Appearance - Weathers

| For Party: | Thomas, Lendon |
|---|---|
| File Stamp: | 04/22/2019 |

| 04/22/2019 | **Subpoena/Summons Issued** |
|---|---|

Summons - Sanderson

| Party: | Thomas, Lendon |
|---|---|
| File Stamp: | 04/22/2019 |

| 04/22/2019 | **Subpoena/Summons Issued** |
|---|---|

Summons - Wiley Sanders

| Party: | Thomas, Lendon |
|---|---|
| File Stamp: | 04/22/2019 |

| 05/13/2019 | **Subpoena/Summons Filed** |
|---|---|

Summons - Wiley Sanders Truck Lines, Inc.

| Filed By: | Thomas, Lendon |
|---|---|
| File Stamp: | 05/10/2019 |

| 05/23/2019 | **Appearance Filed** |
|---|---|

Appearance for Robert R. Foos, Jr. for Wiley Sanders Truck Lines

| For Party: | Wiley Sanders Truck Lines, Inc. |
|---|---|
| File Stamp: | 05/23/2019 |

| 05/23/2019 | **Motion for Enlargement of Time Filed** |
|---|---|

Motion for Enlargement of Time to File Responsive Pleading

| Filed By: | Wiley Sanders Truck Lines, Inc. |
|---|---|
| File Stamp: | 05/23/2019 |

| 05/23/2019 | **Jury Trial Demand Filed** |
|---|---|

Jury Demand

| Filed By: | Wiley Sanders Truck Lines, Inc. |
|---|---|
| File Stamp: | 05/23/2019 |

| 05/24/2019 | **Order Granting Motion for Enlargement of Time** |
|---|---|

to and including 7/8/19

| Judicial Officer: | Benjamin, Kelly S |
|---|---|
| Order Signed: | 05/23/2019 |

| 05/25/2019 | **Automated Paper Notice Issued to Parties** |
|---|---|

Order Granting Motion for Enlargement of Time ---- 5/24/2019 : Mary L. Sanderson

| 05/25/2019 | **Automated ENotice Issued to Parties** |
|---|---|

Order Granting Motion for Enlargement of Time ---- 5/24/2019 : Caroline Bonnie Clay;Robert R. Foos;Scott Andrew Weathers

| 05/29/2019 | **Appearance Filed** |
|---|---|

Amended Appearance - Lendon Thomas

| For Party: | Thomas, Lendon |
|---|---|
| File Stamp: | 05/26/2019 |

| 05/29/2019 | **Appearance Filed** |
|---|---|

Amended Appearance filed

| For Party: | Thomas, Lendon |
|---|---|
| File Stamp: | 05/28/2019 |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Thomas, Lendon**

Plaintiff

**Balance Due** (as of 06/27/2019)

**0.00**

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 04/22/2019 | Transaction Assessment | 157.00 |
| 04/22/2019 | Electronic Payment | (157.00) |

| This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record. |
|---|

IN THE _____ COURT FOR BARTHOLOMEW COUNTY
STATE OF INDIANA

| | | |
|---|---|---|
| LENDON THOMAS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CAUSE NO: 03C01-1904-CT-002268 |
| v. | ) | _____ |
| | ) | *ELECTRONICALLY FILED* |
| MARY L. SANDERSON | ) | |
| 1385 Finnis Murphree Road | ) | |
| Blountsville, AL  35031 | ) | |

-and-                                                          )
                                                              )
WILEY SANDERS TRUCK LINES, INC.                               )
3105 Pebble Hill Court                                        )
Sellersburg, IN 47172                                        )
                                                              )
Registered Agent:    Highest Officer Found                    )
                     Wiley Sanders Truck Line Lines, Inc.)
                     3105 Pebble Hill Court                   )
                     Sellersburg, IN  47172                   )
          Defendants..                                        )


**COMPLAINT AND DEMAND FOR JURY TRIAL**

Comes now the Plaintiff, Lendon Thomas, by and through Counsel, and for his Complaint

and causes of action against Defendants, hereby states as follows:

1.    Plaintiff Lendon Thomas is, and was at all times relevant herein, a resident of 1288

St Rt 8185, Eddyville, KY  42038.

2.    Upon information and belief, Defendant Mary L. Sanderson is, and was at all times

relevant herein, a resident of the 1385 Finnis Murphree Road, Blountsville, AL  35031.

3.      Upon information and belief, Defendant Wiley Sanders Truck Lines, Inc.  is a domestic corporation lawfully conducting business in the state of Indiana with a home office address of 100 Sanders Road, Troy, AL  36079.

4.      The incident giving rise to this action occurred in Bartholomew County, Indiana.

5.      That on or about the 22nd day of August, 2018, Plaintiff Lendon Thomas was operating a vehicle with all due care on a public highway, being Interstate 65 North, Bartholomew County, Indiana.

6.      That on that date and at the place set forth above, Defendant Mary L. Sanderson, was operating a 2018 Kenworth Semi Trailer in such a negligent manner so as to cause it to collide with the motor vehicle driven by Plaintiff, Lendon Thomas, thereby causing Plaintiff to suffer serious bodily injuries.

7.      That said vehicle being operated by Defendant Mary L. Sanderson was owned by Defendant Wiley Sanders Truck Lines, Inc.

## CLAIMS AGAINST MARY L. SANDERSON
## COUNT I: NEGLIGENCE

8.      Plaintiff adopts and reiterates each and every allegation set out above as if set out fully herein and incorporates the same by reference.

9.      That as a direct and proximate result of the negligence of Defendant Mary L. Sanderson in operating the vehicle, Plaintiff, Lendon Thomas, has suffered serious bodily injuries, pain, suffering, mental anguish and will continue to suffer such pain, suffering, mental anguish and inconvenience in the future.

10.     That as a direct and proximate result of the negligence of Defendant Mary L. Sanderson, Plaintiff, Lendon Thomas, has incurred lost wages and a permanent impairment of his

2

ability to labor and earn money.

## COUNT II: RESPONDEAT SUPERIOR

11.     Plaintiff adopts and reiterates each and every allegation set out above as if set out fully herein and incorporates the same by reference.

12.     At the time of this incident complained of herein, Mary L. Sanderson, was an employee, agent, servant, and/or representative of Defendant, Wiley Sanders Truck Lines, Inc., and on the date and time of the incident complained of herein, Defendant, Mary L. Sanderson, was acting within the scope and course of her employment or agency and/or as a representative of Defendant, Wiley Sanders Truck Lines, Inc.

13.     Based upon the employee-employer, master-servant, agency, and/or representative relationship which existed between Defendant, Mary L. Sanderson, and Defendant, Wiley Sanders Truck Lines, Inc., at the time of the incident complained of herein, Defendant, Wiley Sanders Truck Lines, Inc. is jointly and severally liable for the negligence of Defendant, Mary L. Sanderson.

**WHEREFORE**, Plaintiff Lendon Thomas demands judgment against Defendants as follows:

1.     Judgment for compensatory damages in an amount to include:

    a.   Past and future medical expenses;

    b.   Past and future physical and mental pain, suffering, anguish and inconvenience;

    c.   Lost wages; and

    d.   Diminished capacity to labor and earn income.

2.      Interest on any amount to which Plaintiff may be adjudicated to be entitled to accrue from the date of the filing of this action until paid;

3.      Costs herein expended; and

4.      Any and all other appropriate relief to which Plaintiff may appear to be justly entitled.


**Respectfully Submitted,**

**ISAACS & ISAACS, P.S.C.**


By:  /s/ Scott Weathers_____
     Scott A. Weathers, #11355-49
     Attorney for Plaintiff, Lendon Thomas

By:  /s/ Caroline B. Clay_____
     Caroline B. Clay
     Attorney for Plaintiff, Lendon Thomas

**Isaacs & Isaacs, P.S.C.**
1601 Business Center Court
Louisville, KY 40299
Telephone:  (502) 458-1000
Facsimile:  (502) 454-5512
Email: Scott.Weathers@isaacsandisaacs.com
Email: Clarence@isaacsandisaacs.com


**<u>DEMAND FOR JURY TRIAL</u>**

Comes now the Plaintiff, Lendon Thomas, and demands a trial by jury on all issues so triable.

/s/ Scott Weathers_____
Scott A. Weathers, #11355-49

IN THE _____ COURT FOR BARTHOLOMEW COUNTY
STATE OF INDIANA

LENDON THOMAS                          )
                                       )
            Plaintiff,                 )
                                       )
      v.                               )   CAUSE NO: 03C01-1904-CT-002268
                                       )   _____
                                       )   *ELECTRONICALLY FILED*
MARY L. SANDERSON                      )
1385 Finnis Murphree Road              )
Blountsville, AL  35031                )


-and-                                            )
                                                 )
WILEY SANDERS TRUCK LINES, INC.                  )
3105 Pebble Hill Court                           )
Sellersburg, IN 47172                            )
                                                 )
Registered Agent:    Highest Officer Found       )
                     Wiley Sanders Truck Line Lines, Inc.)
                     3105 Pebble Hill Court      )
                     Sellersburg, IN  47172      )
      Defendants..                               )


**APPEARANCE BY ATTORNEY IN CIVIL CASE**

1.  Initiating Party:  Edsel Ballard and Dawn Ballard

2.  Attorney Information:

                    Caroline B. Clay, # 35002-22
                    Isaacs & Isaacs, P.S.C.
                    1601 Business Center Court
                    Louisville, Kentucky  40299
                    Telephone:  (502) 458-1000
                    Facsimile:  (502) 413-2236
                    Email: caroline.clay@isaacsandisaacs.com

3.  Are there other party members?   No.

4.  Case type requested:        Civil Tort (CT)

5. Accept:     (a) Fax Service:              No.
               (b) Courthouse Mailbox:       No.

6. Does this case involve support issues?   No.

7. Are there related cases?   No.

8. Has this form been served on all other parties with certificate of service attached?   No.

9. Additional Information:   None.

<div style="margin-left:40%">

*/s/ Caroline B. Clay*
Caroline B. Clay, # 35002-22
Isaacs & Isaacs, P.S.C.
1601 Business Center Court
Louisville, Kentucky  40299
Telephone:  (502) 458-1000
Facsimile:  (502) 454-5512
Email: caroline.clay@isaacsandisaacs.com
*Counsel for Plaintiffs*

</div>

Case 1:19-cv-02648-JPH-DML   Document 1-1   Filed 06/28/19   Page 11 of 31 PageID #: 23

**03C01-1904-CT-002268**
Bartholomew Circuit Court

Filed: 4/22/2019 1:25 PM
Clerk
Bartholomew County, Indiana

IN THE _____ COURT FOR BARTHOLOMEW COUNTY
STATE OF INDIANA

| | | |
|---|---|---|
| LENDON THOMAS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CAUSE NO: 03C01-1904-CT-002268 |
| v. | ) | _____ |
| | ) | *ELECTRONICALLY FILED* |
| MARY L. SANDERSON | ) | |
| 1385 Finnis Murphree Road | ) | |
| Blountsville, AL  35031 | ) | |

-and-                                                         )
                                                             )
WILEY SANDERS TRUCK LINES, INC.                             )
3105 Pebble Hill Court                                        )
Sellersburg, IN 47172                                        )
                                                             )
Registered Agent:    Highest Officer Found                   )
                     Wiley Sanders Truck Line Lines, Inc.)
                     3105 Pebble Hill Court                   )
                     Sellersburg, IN  47172                   )
          Defendants..                                        )

## **APPEARANCE BY ATTORNEY IN CIVIL CASE**

1.  Initiating Party:  Edsel Ballard and Dawn Ballard

2.  Attorney Information:

> Scott A. Weathers, #11355-49
> Isaacs & Isaacs, P.S.C.
> 1601 Business Center Court
> Louisville, Kentucky  40299
> Telephone:  (502) 458-1000
> Facsimile:  (502) 413-2236
> Email: scott.weathers@isaacsandisaacs.com

3.  Are there other party members?   No.

4.  Case type requested:      Civil Tort (CT)

5.  Accept:     (a) Fax Service:               No.

(b) Courthouse Mailbox:        No.

6.  Does this case involve support issues?    No.

7.  Are there related cases?    No.

8.  Has this form been served on all other parties with certificate of service attached?        No.

9.  Additional Information:    None.

/s/ Scott A. Weathers
Scott A. Weathers, #11355-49
Isaacs & Isaacs, P.S.C.
1601 Business Center Court
Louisville, Kentucky  40299
Telephone:  (502) 458-1000
Facsimile:  (502) 454-5512
Email: scott.weathers@isaacsandisaacs.com
Counsel for Plaintiff

Case 1:19-cv-02648-JPH-DML   Document 1-1   Filed 06/28/19   Page 13 of 31 PageID #: 25

**03C01-1904-CT-002268**
**Bartholomew Circuit Court**

Filed: 4/22/2019 1:25 PM
Clerk
Bartholomew County, Indiana

IN THE _____ COURT FOR BARTHOLOMEW COUNTY
STATE OF INDIANA

LENDON THOMAS             )
                                   )
      Plaintiff,            )
                                   )
      v.                 )     CAUSE NO: 03C01-1904-CT-002268
                                   )        *ELECTRONICALLY FILED*
MARY L. SANDERSON    )
1385 Finnis Murphree Road   )
Blountsville, AL  35031      )

-and-                           )
                                   )
WILEY SANDERS TRUCK LINES, INC. )
3105 Pebble Hill Court       )
Sellersburg, IN 47172        )
                                   )
      Defendants..        )

## **SUMMONS**

THE STATE OF INDIANA TO:    Mary L. Sanderson
ADDRESS:                       1385 Finnis Murphree Road
                                  Blountsville, AL  35031

      You are hereby notified that you have been sued by the person(s) or entity(ies) named as Plaintiff(s) in the court and case number indicated in the above caption.

      The Plaintiff is represented in this action by: Caroline B. Clay, and Scott Weathers, Isaacs & Isaacs, P.S.C., 1601 Business Center Court, Louisville, Kentucky 40299, telephone: (502) 458-1000.

      The nature of the suit against you is stated in the complaint that is attached to this summons. It also states the relief sought or the demand made against you by the plaintiff.

      An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this summons *(or twenty-three (23) days if this summons was received by mail)*, or a judgment by default may be rendered against you for relief demanded by plaintiff.

The following manner of service of Summons is hereby designated:

**CERTIFIED MAIL**

Dated: _____4/22/2019_____

_____

Bartholomew County Clerk *(Seal)*

2

Case 1:19-cv-02648-JPH-DML   Document 1-1   Filed 04/22/19   Page 15 of 31 PageID #: 27
03C01-1904-CT-002268
Bartholomew Circuit Court
Filed: 4/22/2019 1:25 PM
Clerk
Bartholomew County, Indiana

IN THE _____ COURT FOR BARTHOLOMEW COUNTY
STATE OF INDIANA

| | | |
|---|---|---|
| LENDON THOMAS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO: 03C01-1904-CT-002268 |
| | ) | _____ |
| | ) | *ELECTRONICALLY FILED* |
| MARY L. SANDERSON | ) | |
| 1385 Finnis Murphree Road | ) | |
| Blountsville, AL  35031 | ) | |

-and-

WILEY SANDERS TRUCK LINES, INC.
3105 Pebble Hill Court
Sellersburg, IN 47172

Registered Agent:    Highest Officer Found
                     Wiley Sanders Truck Lines, Inc.
                     3105 Pebble Hill Court
                     Sellersburg, IN  47172
       Defendants..

## **SUMMONS**

THE STATE OF INDIANA TO:      Wiley Sanders Truck Lines, Inc.
ADDRESS:                       Highest Officer Found
                               Wiley Sanders Truck Lines, Inc.
                               3105 Pebble Hill Court
                               Sellersburg, IN  47172

    You are hereby notified that you have been sued by the person(s) or entity(ies) named as Plaintiff(s) in the court and case number indicated in the above caption.

    The Plaintiff is represented in this action by: Caroline B. Clay, and Scott Weathers, Isaacs & Isaacs, P.S.C., 1601 Business Center Court, Louisville, Kentucky 40299, telephone: (502) 458-1000.

    The nature of the suit against you is stated in the complaint that is attached to this summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this summons *(or twenty-three (23) days if this summons was received by mail)*, or a judgment by default may be rendered against you for relief demanded by plaintiff.

The following manner of service of Summons is hereby designated:

**CERTIFIED MAIL**

Dated: _4/22/2019_____

_____
Bartholomew County Clerk *(Seal)*

2

Filed: 5/10/2019 2:55 PM
Bartholomew Circuit Court
Bartholomew County, Indiana

IN THE CIRCUIT COURT FOR BARTHOLOMEW COUNTY
STATE OF INDIANA

| | | |
|---|---|---|
| LENDON THOMAS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO: 03C01-1904-CT-002268 |
| | ) | *ELECTRONICALLY FILED* |
| MARY L. SANDERSON | ) | |
| 1385 Finnis Murphree Road | ) | |
| Blountsville, AL  35031 | ) | |

| | |
|---|---|
| -and- | ) |
| | ) |
| WILEY SANDERS TRUCK LINES, INC. | ) |
| 100 Sanders Road | ) |
| Troy, AL 36079 | ) |
| | ) |
| <u>Registered Agent</u>:   Highest Officer Found | ) |
| Wiley Sanders Truck Lines, Inc. | ) |
| 100 Sanders Road | ) |
| Troy, AL 36079 | ) |
| Defendants.. | ) |

## <u>SUMMONS</u>

THE STATE OF INDIANA TO:      Wiley Sanders Truck Lines, Inc.
ADDRESS:                                   Highest Officer Found
                                                    Wiley Sanders Truck Lines, Inc.
                                                    100 Sanders Road
                                                    Troy, AL  36079

You are hereby notified that you have been sued by the person(s) or entity(ies) named as Plaintiff(s) in the court and case number indicated in the above caption.

The Plaintiff is represented in this action by: Caroline B. Clay, and Scott Weathers, Isaacs & Isaacs, P.S.C., 1601 Business Center Court, Louisville, Kentucky 40299, telephone: (502) 458-1000.

The nature of the suit against you is stated in the complaint that is attached to this summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this summons *(or twenty-three (23) days if this summons was received by mail)*, or a judgment by default may be rendered against you for relief demanded by plaintiff.

The following manner of service of Summons is hereby designated:

**CERTIFIED MAIL**

Dated: 5/13/2019
_____

_____
Bartholomew County Clerk *(Seal)*

BARTHOLOMEW COUNTY

SEAL

INDIANA

2

Filed: 5/23/2019 11:04 AM
Bartholomew Circuit Court
Bartholomew County, Indiana

IN THE BARTHOLOMEW COUNTY CIRCUIT COURT

STATE OF INDIANA

| | | |
|---|---|---|
| LENDON THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CAUSE NO.:  03C01-1904-CT-002268 |
| v. | ) | |
| | ) | |
| MARY L. SANDERSON  and  WILEY | ) | |
| SANDERS TRUCK LINES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### <u>E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE</u>

**Party Classification:**  Initiating _____   Responding _X_   Intervening _____

1.      The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):

WILEY SANDERS TRUCK LINES, INC.

2.      Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

**Robert R. Foos, Jr.**                              **Attorney No. 20885-45**
LEWIS WAGNER, LLP                              Phone:  (317) 237-0500
501 Indiana Avenue, Suite 200                   Fax:    (317) 630-2790
Indianapolis, IN  46202rfoos@lewiswagner.com

**IMPORTANT**:  Each attorney specified on this appearance:
(a)      certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;
(b)      **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and
(c)      understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3.     There are other party members: Yes _____  No _X_  (If yes, list on continuation page.)

4.     *If first initiating party filing this case,* the Clerk is requested to assign the case the following Case Type under Administrative Rule 8(b)(3):  ___N/A___

5.     This case involves support issues.  Yes _____  No _X_  (If yes, supply social security numbers for all family members on continuation page.)

6.     There are related cases. Yes _____  No _X_  *(If yes, list* on continuation page.)

7.     This form has been served on all other parties.  Certificate of Service is attached.
Yes _X_   No _____

8.     Additional information required by local rule:_____


**LEWIS WAGNER, LLP**


By:    */s/Robert R. Foos, Jr.*_____
        ROBERT R. FOOS, JR., #20885-45
        ***Counsel for Defendant***

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on May 23, 2019, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered:

Scott A. Weathers
Caroline Clay
ISAACS & ISAACS, P.S.C.
1601 Business Center Court
Louisville, KY 40299
scott.weathers@isaacsandisaacs.com
***Counsel for Plaintiff***

<div align="right">

By: *<u>/s/ Robert R. Foos, Jr.</u>*            
     ROBERT R. FOOS, JR.

</div>

LEWIS WAGNER, LLP
Suite 200
501 Indiana Avenue
Indianapolis, IN 46202
Telephone:    317-237-0500
Facsimile:     317-630-2790
rfoos@lewiswagner.com

IN THE BARTHOLOMEW COUNTY CIRCUIT COURT

STATE OF INDIANA

| | | |
|---|---|---|
| LENDON THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CAUSE NO.:  03C01-1904-CT-002268 |
| v. | ) | |
| | ) | |
| MARY L. SANDERSON  and  WILEY | ) | |
| SANDERS TRUCK LINES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### **JURY DEMAND**

Defendant WILEY SANDERS TRUCK LINES, INC., by counsel, pursuant to Trial Rule 38(B) of the Indiana Rules of Trial Procedure, respectfully requests that this cause of action be tried by a jury.

**LEWIS WAGNER, LLP**

By:     */s/Robert R. Foos, Jr.*　　　　　　　
　　　　ROBERT R. FOOS, JR., #20885-45
　　　　*Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 23, 2019, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered:


Scott A. Weathers
Caroline Clay
ISAACS & ISAACS, P.S.C.
1601 Business Center Court
Louisville, KY  40299
scott.weathers@isaacsandisaacs.com
***Counsel for Plaintiff***

By: *<u>/s/ Robert R. Foos, Jr.</u>*
    ROBERT R. FOOS, JR.


LEWIS WAGNER, LLP
Suite 200
501 Indiana Avenue
Indianapolis, IN 46202
Telephone:      317-237-0500
Facsimile:      317-630-2790
rfoos@lewiswagner.com

Filed: 5/23/2019 11:04 AM
Bartholomew Circuit Court
Bartholomew County, Indiana

IN THE BARTHOLOMEW COUNTY CIRCUIT COURT

STATE OF INDIANA

LENDON THOMAS,              )
                                        )
            Plaintiff,        )
                                          )   CAUSE NO.:  03C01-1904-CT-002268
      v.                     )
                                        )
MARY L. SANDERSON  and  WILEY     )
SANDERS TRUCK LINES, INC.,       )
                                        )
            Defendants.     )

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING

Defendant WILEY SANDERS TRUCK LINES, INC., by counsel, moves the Court for an enlargement of time of thirty (30) days in which to answer or otherwise respond to Plaintiff's Complaint for Damages, and/or any discovery including Request for Admissions that may have been filed with the Summons and Complaint, up to and including July 8, 2019 and in support thereof would show the Court as follows:

1.     That a responsive pleading is due on or about June 8, 2019 and said time has not expired.

2.     No prior enlargements of time have been requested.

3.     Undersigned counsel has only recently been retained and said additional time is necessary to enable counsel to confer with their client to review the facts and prepare an appropriate response.

WHEREFORE, Defendant WILEY SANDERS TRUCK LINES, INC., by counsel, prays for an additional thirty (30) days in which to answer or otherwise respond to Plaintiff's

Complaint for Damages, and/or any discovery including Request for Admissions that may have been filed with the Summons and Complaint, through and including July 8, 2019, and for all other just and proper relief in the premises.

<div align="center">

**LEWIS WAGNER, LLP**

</div>

By:   */s/Robert R. Foos, Jr.*_____
ROBERT R. FOOS, JR., #20885-45
***Counsel for Defendant***

<div align="center">

**<u>CERTIFICATE OF SERVICE</u>**

</div>

I hereby certify that on May 23, 2019, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered:

Scott A. Weathers
Caroline Clay
ISAACS & ISAACS, P.S.C.
1601 Business Center Court
Louisville, KY  40299
scott.weathers@isaacsandisaacs.com
***Counsel for Plaintiff***

By: */s/ Robert R. Foos, Jr.*_____
ROBERT R. FOOS, JR.

LEWIS WAGNER, LLP
Suite 200
501 Indiana Avenue
Indianapolis, IN 46202
Telephone:     317-237-0500
Facsimile:      317-630-2790
rfoos@lewiswagner.com

IN THE BARTHOLOMEW COUNTY CIRCUIT COURT

STATE OF INDIANA

LENDON THOMAS,                          )
                                        )
                    Plaintiff,          )
                                        )   CAUSE NO.:  03C01-1904-CT-002268
        v.                              )
                                        )
MARY L. SANDERSON  and  WILEY           )
SANDERS TRUCK LINES, INC.,              )
                                        )
                    Defendants.         )

## **ORDER**

Defendant WILEY SANDERS TRUCK LINES, INC., by counsel, files herein its Motion

for Enlargement of Time in which to respond to Plaintiff's Complaint for Damages and/or any

discovery including Request for Admissions that may have been filed with the Summons and

Complaint.

And the Court being duly advised, now grants said Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant WILEY

SANDERS TRUCK LINES, INC. is granted a period of time through and including July 8, 2019

in which to answer or otherwise respond to Plaintiff's Complaint for Damages and/or any

discovery including Request for Admissions that may have been filed with the Summons and

Complaint.

Dated: __May 23, 2019__                     _____
                                            JUDGE, BARTHOLOMEW COUNTY CIRCUIT

COURT

Distribution:

| | |
|---|---|
| Robert R. Foos, Jr. | Scott A. Weathers |
| LEWIS WAGNER, LLP | Caroline Clay |
| Suite 200 | ISAACS & ISAACS, P.S.C. |
| 501 Indiana Avenue | 1601 Business Center Court |
| Indianapolis, IN 46202 | Louisville, KY  40299 |
| | scott.weathers@isaacsandisaacs.com |

***Counsel for Plaintiff***

Filed: 5/26/2019 8:21 AM
Bartholomew Circuit Court
Bartholomew County, Indiana

IN THE CIRCUIT COURT FOR BARTHOLOMEW COUNTY
STATE OF INDIANA

LENDON THOMAS )
)
      Plaintiff, )
)
    v. ) CAUSE NO: <u>03C01-1904-CT-002268</u>
) *ELECTRONICALLY FILED*
MARY L. SANDERSON )
1385 Finnis Murphree Road )
Blountsville, AL  35031 )


-and- )
)
WILEY SANDERS TRUCK LINES, INC. )
3105 Pebble Hill Court )
Sellersburg, IN 47172 )
)
<u>Registered Agent</u>:    Highest Officer Found )
              Wiley Sanders Truck Line Lines, Inc.)
              3105 Pebble Hill Court )
              Sellersburg, IN  47172 )
    Defendants.. )

## <u>AMENDED</u>
## <u>APPEARANCE BY ATTORNEY IN CIVIL CASE</u>

1. Initiating Party:  Lendon Thomas

2. Attorney Information:
                  Scott A. Weathers, #11355-49
                  Isaacs & Isaacs, P.S.C.
                  1601 Business Center Court
                  Louisville, Kentucky  40299
                  Telephone:  (502) 458-1000
                  Facsimile:  (502) 413-2236
                  Email: scott.weathers@isaacsandisaacs.com

3. Are there other party members?  No.

4. Case type requested:      Civil Tort (CT)

5.  Accept:     (a) Fax Service:              No.
                (b) Courthouse Mailbox:       No.

6.  Does this case involve support issues?    No.

7.  Are there related cases?    No.

8.  Has this form been served on all other parties with certificate of service attached?      No.

9.  Additional Information:    None.


*/s/ Scott A. Weathers*
Scott A. Weathers, #11355-49
Isaacs & Isaacs, P.S.C.
1601 Business Center Court
Louisville, Kentucky  40299
Telephone:  (502) 458-1000
Facsimile:  (502) 454-5512
Email: scott.weathers@isaacsandisaacs.com
*Counsel for Plaintiff*

2

Filed: 5/28/2019 12:43 PM
Bartholomew Circuit Court
Bartholomew County, Indiana

IN THE CIRCUIT COURT FOR BARTHOLOMEW COUNTY
STATE OF INDIANA

LENDON THOMAS               )
                                       )
       Plaintiff,          )
                                       )
      v.                 )   CAUSE NO: 03C01-1904-CT-002268
                                       )        *ELECTRONICALLY FILED*
MARY L. SANDERSON      )
1385 Finnis Murphree Road    )
Blountsville, AL  35031     )

-and-                                )
                                       )
WILEY SANDERS TRUCK LINES, INC.  )
3105 Pebble Hill Court       )
Sellersburg, IN 47172        )
                                       )
Registered Agent:   Highest Officer Found   )
                       Wiley Sanders Truck Line Lines, Inc.)
                       3105 Pebble Hill Court     )
                       Sellersburg, IN  47172     )
      Defendants..                )

**AMENDED**
**APPEARANCE BY ATTORNEY IN CIVIL CASE**

1.  Initiating Party:  Lendon Thomas

2.  Attorney Information:

                        Caroline B. Clay, # 35002-22
                        Isaacs & Isaacs, P.S.C.
                        1601 Business Center Court
                        Louisville, Kentucky  40299
                        Telephone:  (502) 458-1000
                        Facsimile:  (502) 413-2236
                        Email: caroline.clay@isaacsandisaacs.com

3.  Are there other party members?   No.

4.  Case type requested:      Civil Tort (CT)

5.  Accept:   (a) Fax Service:          No.
              (b) Courthouse Mailbox:   No.

6.  Does this case involve support issues?   No.

7.  Are there related cases?   No.

8.  Has this form been served on all other parties with certificate of service attached?   No.

9.  Additional Information:   None.

*/s/ Caroline B. Clay*
Caroline B. Clay, # 35002-22
Isaacs & Isaacs, P.S.C.
1601 Business Center Court
Louisville, Kentucky  40299
Telephone:  (502) 458-1000
Facsimile:  (502) 454-5512
Email: caroline.clay@isaacsandisaacs.com
*Counsel for Plaintiffs*

2